UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| STEVEN PATRICK FAGNANT, | |
|---|---|
| Plaintiff, | CASE NO. 11-cv-05877 JRC |
| v. | ORDER GRANTING DEFENDANT'S STIPULATED MOTION FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (<u>See also</u> Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 3; Consent to Proceed Before a United States Magistrate Judge, ECF No. 4.) This matter is before the Court on Defendant's stipulated motion to remand the matter to the Commissioner for further consideration. (ECF No. 14.)

After reviewing Defendant's stipulated motion and the remaining record, the Court hereby grants Defendant's motion, and reverses and remands this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the ALJ will hold a *de novo* hearing and Plaintiff may raise any issue. The ALJ will: (1) update the medical record with existing evidence from treating sources, including medical source statements; (2) reevaluate medical source opinions of record, particularly the opinions of Drs. Hwang, LaRue, Wanwig, Johnson, and Peter Brown; (3) reevaluate the physical capacity evaluation evidence of Christina Casady, OTR/L, M.Ed.; (4) obtain testimony from medical experts specializing in psychiatry and internal medicine, to clarify the nature and severity of Plaintiff's impairments; (5) consider all of Plaintiff's physical and mental impairments in combination at steps 2 and 3 of the sequential evaluation process; (6) reevaluate Plaintiff's credibility and residual functional capacity; and (7) continue the sequential evaluation process, obtaining supplemental vocational expert testimony if warranted.

Following proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees pursuant to 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Given the facts and the parties' stipulation, the Court hereby orders that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

JUDGMENT is entered for Plaintiff, and this case is closed.

Dated this 5th day of April, 2012.

J. Richard Creatura
United States Magistrate Judge